AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Aramco Imports, Inc., a California Corporation <br><br> *Plaintiff(s)* <br> v. <br><br> [See Attachment A] <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No.  2:24-cv-02326 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hindy Import, Inc.
1246 Vernon Way
El Cajon, California 92020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sevag Demirjian (SBN 243656)
sevag@foundationlaw.com
FOUNDATION LAW GROUP LLP
4605 Lankershim Blvd., Suite 650
North Hollywood, CA 91602
Telephone: 310-870-3977

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

ATTACHMENT A

Crown Konservecilik Gida Sanayi Ve Ticaret Limited Sirketi, a limited corporation in Turkey; Tahir Eminoglu, an individual; Hindy Import Inc., a California Corporation; Kamil Hindy. an individual; Alpha Trading Enterprise LLC, a New Jersey Limited Liability Company; Moustafa Khatib. an individual; Macar and Sons, LLC, a Florida Limited Liability Company; and DOES 1-50, inclusive.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-02326

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: